B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Central District Of California

In re  RICARDO SEPULVEDA          ,          Case No.  1514675

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Peritus Portfolio Services | SANTANDER |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
PO Box 141419 Irving TX 75014-1419
bankruptcy@peritusservices.com

Court Claim # (if known): 1
Amount of Claim: $33851.75
Date Claim Filed: 4/21/2015

Phone: 866 831 5954
Last Four Digits of Acct #: 9249

Phone: 
Last Four Digits of Acct. #: 

Name and Address where transferee payments should be sent (if different from above):
Same as above

Phone: 
Last Four Digits of Acct #: 

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /S/ SANDRA GARCIA          Date: 7/31/2015
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.